**Approved.**
*/s/ Benita Y. Pearson on 1/5/2026*
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
AKRON DIVISION

| | |
|---|---|
| TIMOTHY J. KREBS, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>AKRON BRASS COMPANY,<br><br>    Defendant. | Case No. 5:25-cv-01583<br><br>Judge Benita Y. Pearson<br>Magistrate Judge Carmen E. Henderson |

## STIPULATED DISMISSAL WITH PREJUDICE

Named Plaintiff Timothy J. Krebs and Opt-in Plaintiffs James Domer and Ryan Tiffany (collectively "the Plaintiffs") and Defendant Akron Brass Company (the Plaintiffs and the Defendant collectively the "Parties"), by and through their attorneys, hereby file this stipulated dismissal to dismiss with prejudice this lawsuit and all the Plaintiffs' claims in the lawsuit. The Parties file this stipulated dismissal with prejudice pursuant to Fed. Rule of Civ. P. 41(a)(1), with each party bearing their own fees and costs.

January 5, 2026

Respectfully submitted,

**BARKAN MEIZLISH DEROSE COX, LLP**

*/s/ Robert E. DeRose*
Robert E. DeRose (OH Bar No. 0055214)
Anna R. Caplan (OH Bar No. 0104562)
4200 Regent Street, Suite 210
Columbus, OH 43219
Telephone: (614) 221-4221
Facsimile: (614) 744-2300
Email: bderose@barkanmeizlish.com
       acaplan@barkanmeizlish.com

*Attorneys for Plaintiffs*

**VEDDER PRICE P.C.**

By: */s/ James P. Looby*
James P. Looby
Michael D. Considine
222 North LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
Email:   jlooby@vedderprice.com
          mconsidine@vedderprice.com

*Attorneys for Defendant Akron Brass Company*